IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WIRELESS ALLIANCE, LLC, | § |
| | §  CIVIL ACTION NO. 2:23-CV-00095-RWS-RSP |
| *Plaintiff*, | §  (LEAD CASE) |
| | § |
| v. | § |
| | § |
| AT&T MOBILITY LLC, ET AL., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court are Nokia of America Corporation and Ericsson Inc.'s Motions to Intervene in Case No. 2:23-cv-00095, **Dkt. Nos. 38 & 41**, Case No. 2:23-cv-00096, **Dkt. Nos. 39 & 42**, and Case No. 2:23-cv-00097, **Dkt. Nos. 40 & 43**. Nokia and Ericsson moved to intervene pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, pursuant to Rule 24(b). Having considered the Motions, their unopposed nature, and the relevant authorities, the Court finds that the Motions should be and hereby are **GRANTED**. Accordingly, Nokia and Ericsson are permitted to intervene in these actions and are **GRANTED LEAVE** to promptly file responsive pleadings in intervention.

SIGNED this 24th day of August, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE