███████████████████████████████

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WIRELESS ALLIANCE, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>            Defendants. | Case No. 2:23-cv-00095-RWS-RSP<br><br>**LEAD CASE** |
| WIRELESS ALLIANCE, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC., AND T-MOBILE USA, INC.,<br><br>            Defendants. | Case No. 2:23-cv-00096-RWS-RSP<br><br>**MEMBER CASE** |
| WIRELESS ALLIANCE, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>            Defendants. | Case No. 2:23-cv-00097-RWS-RSP<br><br>**MEMBER CASE** |

**<u>UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE REPLY BRIEF (DKT. 161)</u>**

Plaintiff Wireless Alliance, LLC ("Wireless Alliance") files this unopposed motion for leave to substitute its Reply in Support of Its Motion for Partial Summary Judgement that the Asserted Patents Are Not FRAND Encumbered and Denying Defendants' Thirteenth Affirmative Defense (Contractual Limitation on Damages – FRAND) (Dkt. 161) with a new version of the Reply, attached hereto as Exhibit A. On September 4, 2024, Defendants contacted Wireless

Alliance arguing that Dkt. 161 is overlong. While Wireless Alliance disagrees with Defendants' position, it agreed to substitute its existing Reply with the attached, shorter Reply.

The parties have met and conferred regarding the requested relief, and Defendants have indicated that they do not oppose. Wireless Alliance also agreed that it does not oppose Defendants submitting their surreply no later than 7 days from filing (September 12, 2024).

Accordingly, Wireless Alliance requests that the Court substitute Dkt. 161 with the version of the Reply attached as Exhibit A, and that the Court further order that Defendants may file their surreply no later than September 12, 2024.

| | |
|---|---|
| Dated: September 5, 2024 | Respectfully submitted, |
| | */s/ Benjamin T. Wang* |
| | Benjamin T. Wang |
| | |
| | Benjamin T. Wang |
| | CA State Bar No. 228712 |
| | Email: bwang@raklaw.com |
| | Andrew D. Weiss |
| | CA State Bar No. 232974 |
| | Email: aweiss@raklaw.com |
| | Qi Tong |
| | CA State Bar No. 300347 |
| | Email: ptong@raklaw.com |
| | Jacob R. Buczko |
| | CA State Bar No. 269408 |
| | Email: jbuczko@raklaw.com |
| | Dale Chang |
| | CA State Bar No. 248657 |
| | Email: dchang@raklaw.com |
| | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Blvd., 12th Floor |
| | Los Angeles, California 90025 |
| | Telephone: (310) 826-7474 |
| | Facsimile: (310) 826-6991 |
| | |
| | Greg Love |
| | Texas State Bar No. 24013060 |

Email: greg@swclaw.com
STECKLER WAYNE LOVE
107 East Main Street
Henderson, Texas 75652
(903) 212-4444 (telephone)

Attorneys for Plaintiff
*Wireless Alliance, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an unopposed motion.

*/s/ Benjamin T. Wang*
Benjamin T. Wang



## CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF.

*/s/ Benjamin T. Wang*
Benjamin T. Wang